AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF   NEVADA

JEFF H. WILLIAMSON,

    Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-cv-00482-LRH-RAM**

WILLIAM PAGANETTI, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED *sua sponte*, with prejudice, as FRIVOLOUS.

   February 15, 2008              **LANCE S. WILSON**
                                            Clerk

                                         /s/ Kalani Lizares
                                           Deputy Clerk